RENDERED: MARCH 17, 2023; 10:00 A.M.
NOT TO BE PUBLISHED

# Commonwealth of Kentucky

# Court of Appeals

NO. 2021-CA-1486-MR

COMMONWEALTH OF KENTUCKY                                          APPELLANT

v.
APPEAL FROM FAYETTE CIRCUIT COURT
HONORABLE JULIE MUTH GOODMAN, JUDGE
ACTION NO. 19-CR-00903

HAYDEN MACDONALD                                                  APPELLEE

OPINION AND ORDER
VACATING AND REMANDING

** ** ** ** **

BEFORE: JONES, KAREM, AND LAMBERT, JUDGES.

KAREM, JUDGE: Hayden MacDonald committed a robbery when he was fifteen

(15) years old. After waiving a transfer hearing, the juvenile court transferred

MacDonald's case to Fayette Circuit Court under the then-existing provisions of

Kentucky Revised Statute (KRS) 635.020(4). On July 9, 2019, the Fayette Circuit

Court Grand Jury indicted MacDonald on the charges of first-degree robbery and

possession of a handgun by a minor (first offense). MacDonald pleaded guilty to

second-degree robbery and possession of a handgun by a minor (first offense) on April 8, 2021, and the circuit court set a sentencing hearing for June 3, 2021. The sentencing hearing was continued four times by agreed order.

On August 24, 2021, MacDonald filed a "Notice of Consent to the Application of SB 32 & Amen[d]ed KRS 635.020 & 640.010 as Mitigating in this Case," asking for a new transfer hearing under the newly amended statutes. The crux of his argument was that the 2021 amendments "mitigate[d] the transfer decision," and KRS 446.110 permitted him to opt into the new statutory scheme.

The Commonwealth opposed MacDonald's request, arguing that the amendments affected the transfer hearing procedure and that the decision to send the case to the circuit court had already been made.

On December 13, 2021, the circuit court entered an order remanding MacDonald's case back to juvenile court for a new transfer hearing. The Commonwealth filed a notice of appeal from the circuit court's order on December 20, 2021. Additionally, on February 7, 2022, this Court granted the Commonwealth's motion for intermediate relief, staying the effectiveness of the circuit court's order pending the finality of this appeal.

On October 21, 2022, MacDonald filed a notice of his intent not to file an appellee brief, a motion to dismiss the Commonwealth's appeal, and a motion to remand the case to the Fayette Circuit Court for further proceedings. On

November 3, 2022, the Commonwealth filed a response stating that it had no objection to the case being remanded to Fayette Circuit Court – as that was the relief it ultimately sought through its appeal.

Thus, because the parties are essentially requesting the same relief in this appeal, we vacate the circuit court's December 13, 2021, order to send the case to juvenile court and remand for the circuit court to hold a sentencing hearing. Additionally, our disposition of the case renders moot MacDonald's motion to dismiss the appeal.

ALL CONCUR.

BRIEF FOR APPELLANT:             NO BRIEF FOR APPELLEE.

Daniel Cameron
Attorney General of Kentucky

Kristin L. Conder
Assistant Attorney General
Frankfort, Kentucky